# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KENS AGGRESSIVE HAULING, LLC**                                                              **PLAINTIFF**

**v.**                             **Case No. 3:23-cv-00093 KGB**

**NUCOR CORPORATION**                                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief requested is denied.

So adjudged this 12th day of July, 2024.

*Kristine G. Baker*

Kristine G. Baker
Chief United States District Judge